FILED
October 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002185066

EDC.002-830sA  Summons and Notice of Status Conference in an Adversary Proceeding (v.6.0)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California, Sacramento Division

## SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

| In re<br><br>Aleksandr Semeryuk and Raisa Semeryuk<br><br>Debtor(s). | Bankruptcy Case No.<br><br>09-33763 – C – 7 |
|---|---|
| FIA Card Services, N.A.<br>et al. *(Complete list of plaintiffs attached)*<br><br>Plaintiff(s),<br><br>v.<br>Raisa Semeryuk<br><br>Defendant(s). | Adversary Proceeding No.<br><br>09-02663 – C |

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint that is attached to this summons with the Clerk of the U.S. Bankruptcy Court, 501 I Street, Suite 3-200, Sacramento, California 95814-2322, within 30 days after the date this summons is issued, except that the United States and its officers and agencies shall file a motion or answer within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or if the plaintiff is not represented by an attorney, upon the plaintiff) whose name and address is:

| Name and Address of Plaintiff's Attorney. | Jerome A. Yelsky<br>12100 Wilshire Blvd #1100<br>Los Angeles, CA 90025 |
|---|---|

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**YOU ARE NOTIFIED** that a status conference in this adversary proceeding will be held as follows:

| Date and Time: | December 8, 2009 at 1:30 PM |
|---|---|
| Address: | United States Bankruptcy Court<br>Department C, Courtroom 35, 6th Floor<br>501 I Street<br>Sacramento, CA |

Attorneys of record in the adversary proceeding and unrepresented parties must attend the status conference. You may arrange to attend by telephone by contacting Court Call at 1-866-582-6878 at least 24 hours prior to the status conference.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR DEFAULT MAY BE ENTERED AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: 10/13/09



s/ Richard G. Heltzel, Clerk

General Order 98-5 attached – [PLEASE DISREGARD IF NOT APPLICABLE]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Raisa Semeryuk )<br>)<br>_____ Debtor(s). )<br>FIA Card Services, N.A. )<br>)<br>Plaintiff(s), )<br>v. )<br>Raisa Semeryuk )<br>)<br>_____ Defendant(s). ) | Bankruptcy Case No. 09-33763<br><br><br><br><br>Adversary Proceeding No. 09-02663 |

## CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT

I, the undersigned certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on October 23, 2009, by:

__x__ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:
Raisa Semeryuk, 4050 Tahoe St., West Sacramento, CA 95691
Ryan D Griffin, Esq. 980 9th St 16th Fl, Sacramento, CA 95814

____ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

____ RESIDENCE SERVICE: By leaving the process with the following adult at:

____ PUBLICATION: The defendant was served as follows [describe briefly]:

__x__ STATE LAW: The defendant was served pursuant to the laws of California, as follows [describe briefly]:
VIA U.S. MAIL

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 10/23/2009        Signature: _____

Print Name: Linda Babakhanian

Address: WEINSTEIN & RILEY

12100 Wilshire Blvd., Suite 1100

Los Angeles, CA 90025

EDC 2-080 (Rev. 1/18/02)